ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Impact Resources, Inc. | )   ASBCA Nos.  62120, 62121 |
| | ) |
| Under Contract No.  M67854-11-F-4683 | ) |

APPEARANCES FOR THE APPELLANT:        Lars E. Anderson, Esq.
                                      James P. Miller, Esq.
                                        Odin Feldman Pittleman PC
                                        Reston, VA

APPEARANCES FOR THE GOVERNMENT:       Craig D. Jensen, Esq.
                                        Navy Chief Trial Attorney
                                      James S. Du Pré, Esq.
                                      Edward W. Kirsch, Esq.
                                        Trial Attorneys
                                        Marine Corps Systems Command
                                        Quantico, VA

## ORDER OF DISMISSAL

The dispute has been settled.  These appeals are dismissed with prejudice.

Dated:  June 2, 2020

HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62120, 62121, Appeals of Impact Resources, Inc., rendered in conformance with the Board's Charter.

Dated:  June 3, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals